UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE ANDREW SOBCZAK,

       Plaintiff,                           Case No. 1:09-CV-57

v.                                            Hon. Gordon J. Quist

DANIEL SPITTERS, P.A., *et al.*,

       Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on February 3, 2011. The Report and Recommendation was served on Plaintiff by mail on February 3, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 3, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Daniel Spitters, P.A.'s Motion for Summary Judgment (docket no. 74) is **GRANTED**, and Plaintiff's claims against Defendant Spitters are **DISMISSED WITH PREJUDICE**.

Dated: March 1, 2011                                                 /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE